USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KITSON ENTERTAINMENT GROUP LLC,<br><br>      Plaintiff,<br><br>  - against -<br><br>THE ESTATE OF CARL EDWARD THOMPSON, SA ASHLEY THOMPSON, et al.,<br><br>      Defendants. | **26 CV 982 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Court grants plaintiff Kitson Entertainment Group LLC's voluntary dismissal of the above-entitled action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with prejudice, against defendant Sony Music Publishing (US) LLC.

**SO ORDERED.**

Dated:  13 February 2026
     New York, New York

             Victor Marrero
             U.S.D.J.