USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/8/2026__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

KITSON ENTERTAINMENT GROUP LLC,

                Plaintiff,

      - against -

THE ESTATE OF CARL EDWARD THOMPSON, et al.,

                Defendants.

---

**26 CV 982 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the June 5, 2026, letter that the Estate of Carl Thompson ("Defendant") submitted regarding Defendant's anticipated motion to dismiss. (See Dkt. No. 41.) Having reviewed the pre-motion letters, the Court is not persuaded that a pre-motion conference is necessary at this time. Accordingly, the Court directs the parties to advise whether they consent for the Court to deem the pre-motion letters to constitute a fully briefed motion and rule on the basis of those letters, or whether the parties request briefing.

If the parties request briefing, they shall submit a proposed briefing schedule within two (2) weeks of the date of this Order.

**SO ORDERED.**

Dated:    8 June 2026
        New York, New York

_____
Victor Marrero
U.S.D.J.

1